# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lekayle Booker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00128-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Paticia Albritton | ) | |
| Romelda Cambell | ) | |
| David H Stricland | ) | |
| Susan Surles | ) | |
| FNU Jasso | ) | |
| Karin Starr | ) | |
| Amy Wilkou | ) | |
| Jhonathan Kelley | ) | |
| Thaddeus Dowson | ) | |
| Shonta Hoover | ) | |
| Monica Reed | ) | |
| Lisa Chellye | ) | |
| FNU Hands | ) | |
| Tonya Brown | ) | |
| Deanne Coan | ) | |
| Willie Ratchford, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2017 Order.

September 27, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court